IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Chapter 13 |
| Craig V Carpenter | ) | |
| 2506 Lumpkin Rd | ) | Case No: 23-10805-SDB |
| Apt J4 | ) | |
| Augusta, GA 30906 | ) | |

Debtor

## TRUSTEE'S THIRD OBJECTION TO CONFIRMATION

COMES NOW, the Chapter 13 Trustee Huon Le, by and through counsel, and pursuant to 11 U.S.C. Sections 1324 (a) and 1325, objects to the confirmation of the Debtor's proposed plan.

The specific deficiency is:

1. Debtor is attempting to avoid liens as to household goods, including multiple televisions. Trustee seeks a determination whether lien avoidance is appropriate. 11 U.S.C. § 522(f)(4)

WHEREFORE, said Trustee prays that the Court deny confirmation of Debtor's proposed plan.

This 26th day of January 2024.

/s/ Joseph E. Mitchell, III
Joseph E. Mitchell, III, Attorney for
Chapter 13 Trustee Huon Le
Georgia Bar No. 513205

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of this Trustee's Third Objection to Confirmation have been forwarded by either electronic or first-class mail, postage prepaid, to the above-named Debtor and the parties whose name appears below, on the 26th day of January 2024.

/s/ Yvonne Ogbuefi
Office of the Chapter 13 Trustee
Post Office Box 2127
Augusta, GA 30903-2127

Duncan & Brow
Attorneys At Law
3574 Riverwatch Pkwy
Augusta, GA  30907